IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LWAM LUUL TEKIE,<br><br>Plaintiff,<br><br>v.<br><br>GARY FORD, *Director, Nashville Field Office, U.S. Citizenship and Immigration Services*, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:25-cv-01097<br><br>JUDGE RICHARDSON |

**ORDER OF REMAND**

Pursuant to Defendants' Motion to Remand, the Court hereby ORDERS that:

(1) This matter is remanded to U.S. Citizenship and Immigration Services ("USCIS") for adjudication, with USCIS to schedule Plaintiff for her Oath Ceremony within sixty (60) days of this order if no additional issues arise requiring additional evidence from Plaintiff;

(2) If Plaintiff's naturalization application is not adjudicated within ninety (90) days from this Order, Plaintiff may move to reopen this matter; and

(3) The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE